**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DANNY ESCOBAR ORTEGA<br><br>    Plaintiff,<br><br>v.<br><br>SUNFLOWER, INC., et al.<br><br>    Defendants. | Case No. 1:17-02351-EGS |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action against all Defendants *with prejudice*, each party to bear its own costs.

Date: January 15, 2018

Respectfully submitted,

/s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiff*

/s/ Daniel Wemhoff
DANIEL WEMHOFF
4600 S. Four Mile Run
Suite #831
Arlington, VA 22204
Phone: (703) 589-2199
danwem@yahoo.com

*Counsel for Defendants*